FILED 18 JUL '23 16:11 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**JOSHUA RAY HEARN,**<br><br>Defendant. | 3:23-cr-00236-IM<br><br>**INDICTMENT**<br><br>18 U.S.C. §§ 922(g)(1), 922(o), and 924(a)(2)<br><br>**Forfeiture Allegation** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Unlawful Possession and Transfer of a Machinegun)**
**(18 U.S.C. §§ 922(o) and 924(a)(2))**

On or about September 30, 2022, in the District of Oregon, defendant **JOSHUA RAY HEARN**, did unlawfully and knowingly possess and transfer a machinegun, that is, a 9mm Privately Made Firearm (PMF) with 9x19 stamped on the barrel, affixed with a machinegun conversion device, also referred to as a "Full Auto Sear" or "Glock Switch," causing the firearm to shoot, be designed to shoot, and be readily restored to shoot automatically more than one shot, without manual reloading, by a single function of the trigger;

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

///

///

**Indictment**  **Page 1**
Revised April 2018

## COUNT 2
### (Felon in Possession of Ammunition)
### (18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about September 30, 2022, within the District of Oregon, defendant **JOSHUA RAY HEARN**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

- A. Unlawful use of a Weapon and Tampering With a Witness, on or about December 19, 2019, in Marion County Circuit Court, Oregon, Case Number 19CR51590.
- B. Delivery of Methamphetamine within 1,000 feet of a School, on or about March 21, 2013, in Marion County Circuit Court, Oregon, Case Number 13C41241;

did knowingly and unlawfully possess ammunition, to-wit: approximately 50 rounds of 9mm ammunition, which ammunition had previously been shipped or transported in interstate or foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

///

///

///

## FORFEITURE ALLEGATION

Upon conviction of an offense in Counts 1 and/or 2, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in that offense, including without limitation: a 9mm Privately Made Firearm (PMF) with 9x19 stamped on the barrel, affixed with a machinegun conversion device, also referred to as a "Full Auto Sear" or "Glock Switch," and, the associated 9mm ammunition.

Dated: July 18, 2023.

A TRUE BILL.

/OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_____
SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney